**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSUÉ PAGUADA, on behalf of himself and all
others similarly situated,

                              Plaintiff,

                  -against-

SOL DE JANEIRO USA, INC.,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 6 2020

ORDER

20 Civ. 5989 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 3, 2020 initial conference is adjourned *sine die*.

Dated: November 16, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge